OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 18 2015

11/18/2015
STERCZALA, RANDY ALAN   Tr. Ct. No. 2012CR8629-W1        WR-84,112-01
This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

RANDY ALAN STERCZALA
COTULLA UNIT - TDC # 1898150
HC 62 BOX 100
COTULLA, TX 78014   RTS
                    Discharged   UTF

610 FM 624  78014

KCJVS3B 78014